IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SHAWN COSTELLO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 1:03CV01050 |
| THE UNIVERSITY OF NORTH CAROLINA AT GREENSBORO, | ) ) ) ) | |
| Defendant. | ) | |

ORDER AND JUDGMENT

For the reasons set forth in the memorandum opinion entered contemporaneously herewith,

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment [43] is granted.

This the 14th day of December 2006.

_____
United States District Judge